10542          SRM/LLS/MES/sr

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAUL RYERSON, ) | |
|     Plaintiff, ) | |
| vs. ) | Court No. 01 C 5826 |
| ) | |
| VILLAGE OF MELROSE PARK ) | Judge Holderman |
| a municipal corporation, VITO SCAVO, ) | |
| in his individual capacity, and MIGUEL ) | Magistrate Judge Keys |
| GALINDO ) | |
|     Defendant, ) | |

**DOCKETED** OCT 2 2002

**FILED** OCT 0 1 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

TO:    Edward T. Stein                              Miguel Galindo
        **Law Office of Edward T. Stein**       228 Maplewood
        200 South Michigan Ave.             Northlake, IL 60164
        Suite 1240
        Chicago, IL 60604

        **PLEASE TAKE NOTICE** that we have on this day filed with in the United States District Court for the Northern District of Illinois, Eastern Division, **JOINT STATUS REPORT**. A true and correct copy of same is attached hereto and hereby served upon you.

DATED: October 1, 2002

By: _/s/ Laura L. Scarry_
MYERS, MILLER, STANDA & KRAUSKOPF

Stephen R. Miller (6182908)
Laura L. Scarry (6231266)
Mary E. Spring (6270659)
**MYERS, MILLER, STANDA & KRAUSKOPF**
111 West Washington Street
Suite 1247
Chicago, Illinois 60602
(312) 345-7250

G:\CASES\10542.Ryerson\10542.Motion\10542.nf04.wpd

## CERTIFICATE OF SERVICE

I, Sandy Rezman, a non-attorney, certify that a copy of Joint Status Report was served upon the attorneys of record and parties by mailing a copy thereof to each person to whom it is directed at the address(es) stated by depositing same in the United States Mail chute with proper postage prepaid at 111 West Washington Street, Suite 1247, Chicago, IL, at or before 5:00 p.m. on October 1, 2002.

SUBSCRIBED and SWORN to before me
this 1st day of October 2002

NOTARY PUBLIC

"OFFICIAL SEAL"
BEVERLY C. ASHTON
Notary Public, State of Illinois
My Commission Expires 06/18/03

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PAUL RYERSON, | ) | |
| Plaintiff, | ) ) ) | No. 01 C 5826 |
| v. | ) ) | Judge St. Eve |
| VILLAGE OF MELROSE PARK, a municipal corporation, VITO SCAVO, in his individual capacity, and MIGUEL GALINDO, | ) ) ) ) ) | Magistrate Judge Keys |
| Defendants. | ) | |

**DOCKETED OCT 2 2002**

**FILED OCT 0 1 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### Joint Status Report

**A.  Nature of the Case**

This is a federal civil rights case, with supplemental state claims. Therefore, jurisdiction of this Court is provided by 28 U.S.C. §§ 1331, 1343, and 1367.

Plaintiff Paul Ryerson, a former Melrose Park Police Officer, brought this action for deprivation of property without due process of law, deprivation of liberty without due process of law, recission of resignation, malicious prosecution, breach of contract, and defamation.

Plaintiff seeks reinstatement; compensatory damages in excess of $50,000.00; punitive damages against Defendants Scavo and Galindo; back pay of $7,500 per year; lost present and future benefits; front pay of $7,500 per year until mid-2015 (when he would have retired); attorney's fees and costs; and such other relief as law and justice allow.

Defendants Village of Melrose Park and Vito Scavo deny engaging in any wrongful act.

All parties have been served. Default judgment has been entered against Miguel Galindo.

1



The principal issues are whether Plaintiff voluntarily resigned from the Melrose Park Police Department, or whether he was coerced into resigning; whether Defendants damaged Plaintiff's reputation; whether Defendants agreed not to seek prosecution of Plaintiff; whether Defendants caused Plaintiff to be prosecuted; whether Defendants caused Plaintiff's damages; and to what extent Plaintiff has been damaged by Defendants.

**B.  Discovery Issues**

The parties have responded to written discovery. Plaintiff and his wife have been deposed. Defendant Scavo's deposition was commenced and will be continued. Additional depositions remain to be taken. Discovery closes on October 30, 2002.

Plaintiff's supplemental motion to quash subpoenas to Plaintiff's doctors is pending. Plaintiff's treating physicians have yet to be deposed.

**C.  Trial Status**

A jury has been requested. The trial is expected to last 3-5 days.

**D.  Settlement Status**

No settlement discussions have been held. This case has been referred to the magistrate for settlement. He has scheduled a settlement conference for October 18, 2002 at 1:30 p.m.

Respectfully submitted,

_____
Kamran Memon for Plaintiff

_____
Laura Scarry for Village and Scavo

2

Date:   October 1, 2002

LAW OFFICES OF EDWARD T. STEIN
200 S. Michigan Avenue, Suite 1240
Chicago, IL 60604
(312) 786-0200
ATTORNEY FOR PLAINTIFF

3