10542                               SRM/LLS/MES/sr

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

PAUL RYERSON,                )
                             )
        Plaintiff,         )
                             )
vs.                          )    Court No. 01 C 5826
                             )
VILLAGE OF MELROSE PARK      )    Judge Holderman
a municipal corporation, VITO SCAVO, )
in his individual capacity, and MIGUEL )    Magistrate Judge Keys
GALINDO                      )
                             )
        Defendant,         )

*DOCKETED DEC 27 2002*

**FILED DEC 23 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## NOTICE OF FILING

TO:  Edward T. Stein                   Miguel Galindo
     **Law Office of Edward T. Stein**    228 Maplewood
     200 South Michigan Ave.          Northlake, IL 60164
     Suite 1240
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that we have on this day filed with in the United States District Court for the Northern District of Illinois, Eastern Division, **STIPULATION TO DISMISS**. A true and correct copy of same is attached hereto and hereby served upon you.

DATED: December 23, 2002

By: _Mary E. Spring_
MYERS, MILLER, STANDA & KRAUSKOPF

Stephen R. Miller (6182908)
Laura L. Scarry (6231266)
Mary E. Spring (6270659)
**MYERS, MILLER, STANDA & KRAUSKOPF**
111 West Washington Street
Suite 1247
Chicago, Illinois 60602
(312) 345-7250

33

## CERTIFICATE OF SERVICE

    I, Sandy Rezman, a non-attorney, certify that a copy of Stipulation to Dismiss was served upon the attorneys of record and parties by mailing a copy thereof to each person to whom it is directed at the address(es) stated by depositing same in the United States Mail chute with proper postage prepaid at 111 West Washington Street, Suite 1247, Chicago, IL, at or before 5:00 p.m. on December 23, 2002.

SUBSCRIBED and SWORN to before me
this 23rd day of December 2002.

NOTARY PUBLIC

"OFFICIAL SEAL"
BEVERLY C. ASHTON
Notary Public, State of Illinois
My Commission Expires 06/18/03

10542     SRM/LLS/MES

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PAUL RYERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VILLAGE OF MELROSE PARK )<br>a municipal corporation, VITO SCAVO, )<br>in his individual capacity, and MIGUEL )<br>GALINDO )<br>)<br>Defendant, ) | Court No. 01 C 5826<br><br>Judge St. Eve<br><br>Magistrate Judge Keys |

**FILED DEC 23 2002**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED DEC 27 2002**

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the plaintiff and defendants Village of Melrose Park and Vito Scavo, acting through their respective attorneys, as identified below, that said action against defendants Village of Melrose Park and Vito Scavo, shall be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy between these parties for which this action was brought having been fully settled, compromised and adjourned.

DATED THIS 18th day of December, 2002.

_____
Stephen R. Miller - 6182908
**MYERS, MILLER, STANDA & KRAUSKOPF**
111 West Washington Street
Suite 1247
Chicago, IL 60602
(312) 345-7250
Attorney for Defendants Village of Melrose Park and Vito Scavo

_____
Edward T. Stein
**LAW OFFICES OF EDWARD T. STEIN**
200 South Michigan Avenue
Suite 1240
Chicago, IL 60604
(312) 786-0200
Attorney for Plaintiff

33